UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re:

Valerie Haynes                                                Case No. 04-40981
                                                              Chapter 7
      Debtor.                                         Honorable Thomas J. Tucker
_____/

## NOTICE OF UNCLAIMED DIVIDENDS

TO THE CLERK OF THE COURT:

The attached check in the amount of $ 5,452.35 represents the unclaimed dividends in this estate and is paid to the Court pursuant to 11 U.S.C. §347 (a). The name and address of the Party entitled to the unclaimed dividend is as follows:

| Creditor Name | Claim No. | Amount of Dividend |
|---|---|---|
| Worldwide Asset Purchasing, LLC<br>PO Box 672047<br>Marietta, GA 30006 | 13 | $5,452.35 |

Dated: February 1, 2011                                 /s/ Charles J. Taunt_____.
                                                                               Charles J. Taunt, Trustee (P24589)
                                                                               700 East Maple, 2nd Floor
                                                                               Birmingham, MI  48009-6359
                                                                               (248) 644-7800
                                                                               Teetaunt@tauntlaw.com
                                                                               P24589